UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60779-MARRA

ELIZABETH P. CHEN,

    Plaintiff,

v.

INTEGRITY FINANCIAL PARTNERS, INC.,

    Defendant.

_____/

**ORDER**

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice. (DE 9). The Court has carefully reviewed the joint stipulation and the record herein and is otherwise fully advised in the premises. Accordingly, it is hereby:

ORDERED AND ADJUDGED that this action is DISMISSED WITH PREJUDICE. The parties shall bear their own attorneys' fees and costs, except as otherwise agreed by the parties.

All pending motions are DENIED AS MOOT. The Clerk shall CLOSE this case.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 21st day of July, 2011.

KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record